# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDMUND WOOD, Chapter 7 Trustee of the Bankruptcy Estate of Parlor Bellevue LLC, <br><br> Plaintiff, <br><br> v. <br><br> SUE GENTY INTERIOR DESIGN, INC., <br><br> Defendant. | Case No. C18-1622RSL <br><br> ORDER ON MOTION TO WITHDRAW REFERENCE |

This matter comes before the Court on the "Motion to Withdaw the Reference" field by defendant Sue Genty Interior Design, Inc. Dkt. # 1-1. The motion is unopposed and is therefore GRANTED. The Court hereby withdraws the automatic reference under LCR 87(a) and REFERS this case to Judge Alston for all pretrial proceedings. The above-captioned litigation is hereby STAYED. The Clerk of Court is directed to enter a

ORDER ON MOTION TO
WITHDRAW REFERENCE - 1

statistical termination in this case.  Such termination is entered solely for the purpose of removing this case from the Court's active calendar.  If and when a dispositive ruling or trial is necessary, a report and recommendation may be filed or the matter may be transferred from bankruptcy court using the above cause number.

Dated this 4th day of December, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON MOTION TO
WITHDRAW REFERENCE - 2